IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

KEVIN RIDER, )
 )
        Plaintiff, )
 )
v. ) Case No. 19-CV-127-JED
 )
TULSA ADJUSTMENT BUREAU, INC., )
 )
        Defendant. )

## OPINION AND ORDER

Plaintiff's *Motion to Compel Interrogatory Answers and Requests for Production*, [Dkt. 19], is before the court for decision. No response to the motion has been filed and the time to respond has expired.

Plaintiff's *Motion to Compel Interrogatory Answers and Requests for Production*, [Dkt. 19], is GRANTED. Defendant shall immediately respond to Plaintiff's discovery requests.

SO ORDERED this 24th day of January, 2020.

*/s/ Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE